U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 JAN 22 P 4: 25
STEPHEN C. DRIES
CLERK

# COMPLAINT

(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Lathan S. Ward

Lathan Steven Ward

v.

Case Number: **19-C-0122**

(Full name of defendant(s))
Kenosha Police Department / Detective;
Bureau / State District Attorney Jennifer A. Pham
Peter Salk #384, Tyler Schend #688, Schaal, Timothy. A., Hansche, Thomas. A.
SGT. Nichols #399, Dewitt, Jeremy, M.,
Brennan #608, Sheskey #618, Paso #602, Morton #468
Koss #565, Sish #654, Curi #576, Thorne #525
Bauer #611

(to be supplied by Clerk of Court)

### A. PARTIES

1. Plaintiff is a citizen of _Indiana / Wisconsin_, and is located at
(State)

_KCDC- 4777-88th Ave, Kenosha, WI, 53144_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Kenosha Police Department / Detective Bureau /_
_State District Attorney_ (Name)

Complaint – 1

Case 2:19-cv-00122-JPS   Filed 01/22/19   Page 1 of 6   Document 1

Complaint 1-8-19

Defendant's, Last Names and bag #'s
Kenosha Police Department / Detective Bureau / State District Attorney

1. Peter Falk #384
2. SGT. Nichols #399
3. Tyler Schend #688
4. Dewitt, Jeremy. M #?
5. Schaal, Timothy. A #?
6. Hansche, Thomas. R #?
7. Brennan #638
8. Koss #565
9. Sheskey #618
10. Fish #654
11. Paso #602
12. Curi #576
13. Morton #468
14. Thorne #323
15. District Attorney, Jennifer L. Phan / State

is (if a person or private corporation) a citizen of _Wisconsin_
(State, if known)

and (if a person) resides at _1000-55th Street, Kenosha, WI, 53140_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Kenosha Police Department / Detective Bureau / State District Attorney_
_1000-55th Street, Kenosha, WI, 53140_ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Peter Falk #584 and multiple parties of the Kenosha Police Department / Detective Bureau on 8-21-18 around time 3:40 pm rush in my mother's home where I stay but mostly use address for a mailing address, with said " A Unlawful No Knock search Warrant" Address 6317-11th Ave #2 Kenosha, WI, 53140. On 8-31-18 my bound is still set for "50,000 Cash. "Why" 1. Useing Photo Line up Victem pick #5 that's not me. 2. Intimidation to me and my mother "While Armed" in front of her peer's useing handcuffs. 3. Causing pain and suffering, shame ect... 4.

Complaint – 2

4. Intend to do bodily harm "While Armed". 5. Useing false Allegation made by Victim and Witness Also Det. Falk #384. 6. Strong Armed robbery with threat of force "Evidence Lock #048 7. added DNA "While Armed". 8. "Criminal damage to property, front door, my personal property in my bedroom "While Armed". 9. Unlawful entry "While Armed". 10. "Theft of personal property "While Armed". Illegal Search and Siezrie "While Armed". 11. Assassination of Character my Adult and Juvenile record "While Armed" 12. Unlawfully detained / imprisonment "While Armed". 13. Violation of Constitutional Rights, 8 Amendment, 6 Amendment, 4 Amendment, 14 Amendment, 15 Amendment, Specifically Amendment #8 Cruel and unusual punishment. 14. Useing unjustifiable stand such as Race profiling. 15. "Several inconsistencies / Coerced statement's.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 8.21 million with Terms

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Terms
1. I want my juvenile and adult record expunge for life in Kenosha, WI.

Terms
2. My child support paid for life.

Terms
3. To be release from jail ASAP with 50,000$ in cash to help me start my life, As I wait for the check of 8.21 million to come... And if I'm not release I want 250,000$ each day I'm still in jail... Added;
All Terms must be singed by;
The Honorable Mary K. Wagner.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   [✓] – YES        [ ] – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __68__ day of ____1____ 20_19_.

   Respectfully Submitted,

   _[signature]_____
   Signature of Plaintiff

   _____#34585____
   Plaintiff's Prisoner ID Number

   Lathan Ward #34585, KCDC-ES #58
   4777-88th Ave, Kenosha, WI, 53144
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

[✓]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.