# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

LATHAN STEVEN WARD,

                Plaintiff,

v.

KENOSHA POLICE DEPARTMENT, DETECTIVE BUREAU, JENNIFER A. PHAN, OFFICER PETER FALK, TYLER SCHEND, TIMOTHY A. SCHAN, THOMAS A. HANSCHE, SGT. NICHOLS, JEREMY M. DEWITT, BRENNAN, SHESKEY, PARO, MORTON, KOSS, FISH, CURI, THORNE, and BAUER,

                Defendants.

Case No. 19-CV-122-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court document that the plaintiff has incurred a "strike" under 28 U.S.C. § 1915(g).

                                APPROVED:

                                J.P. Stadtmueller
                                U.S. District Judge

|  | STEPHEN C. DRIES |
|---|---|
|  | Clerk of Court |
| March 13, 2019 | s/ *Jodi L. Malek* |
| Date | By: Deputy Clerk |