JPS

Hello                                                                                  3-11-19

Stephen C. Dries, How are you doing today well I hope
good. well I'm writing today wondering about my case
(case No. 19-CV-122). reason is cause the
last mail I got from you was around 2-6-19
and yes shortly after I had a money order sent
to you so I'm hoping you got it. Also is
there any more info you want me to send?

Please reply cause I think the staff is
keeping my mail from me..
                                                so please reply back
                                                Thank you

                                                *[signature]*

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2019 MAR 14 P 12 25
STEPHEN C. DRIES
CLERK